DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CHRISTINA RIAL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-3846

[May 21, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Charles A. Schwab, Judge; L.T. Case No. 2016CF001277 A.

Christina Rial, Ocala, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

GERBER, CONNER and FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***